IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Kianan Tariverdiev

Debtor

Case No. 1-13-40835

### AFFIDAVIT PURSUANT TO UNITED STATES BANKRUPTCY CODE

Kianan Tariverdiev undersigned herein, swear as follows:

1. Debtors filed a petition under chapter 7 of the Bankruptcy Code on February, 2013.

2. Debtor, Kianan Tariverdiev, hereby affirms, that he is employed, does receive a salary but does not possess paystubs.

Dated: February 25, 2013

_____
Kianin Tariverdiev

Sworn to before me **25** day of
**25** February, 2013

_____
BORISOV ARNOLD
Notary Public, State of New York
No. 01BO6019732
Qualified in Kings County
Commission Expires 02/15/2015

NOTARY PUBLIC